**L.B.F. 9014-4**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **CHAPTER 13** |
| CHRISTOPHER JOHN ZAIA, | : | |
| a/k/a CHRISTOPHER J. ZAIA, | : | **CASE NO.: 25-13209** |
| a/k/a CHRISTOPHER ZAIA, | : | |
| Debtor(s) | : | |

*** * * * * * * * * * * * * * * ***

## CERTIFICATION OF SERVICE

I, Robert J. Kidwell, Esq., certify that on September 30, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Plan
- Motion to Amend Chapter 13 Plan
- Notice on Motion to Amend Chapter 13 Plan
- Certificate of Service
- List of Creditors/Mailing Matrix

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: September 30, 2026

/s/ Robert J. Kidwell, Esq.

Robert J. Kidwell, Esq.
Attorney ID: 206555
Newman Williams, P.C.
712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090
rkidwell@newmanwilliams.com

**Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the
next page if necessary.)**

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail: ☐ Other:

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail: ☐ Other:

Christopher Zaia
2424 Freemansburg Avenue
Easton, PA 18042
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail: ☐ Other:

**ALL CREDITORS AND PARTIES IN INTEREST (SEE ATTACHED LIST OF CREDITORS / MAILING MATRIX)**
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail: ☐ Other: