IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **CHAPTER 13** |
| CHRISTOPHER JOHN ZAIA, | : | |
| a/k/a CHRISTOPHER J. ZAIA, | : | **CASE NO.: 25-13209** |
| a/k/a CHRISTOPHER ZAIA, | : | |
| Debtor(s) | : | |

**NOTICE OF SUPPLEMENTAL APPLICATION AND RESPONSE DEADLINE**

Robert J. Kidwell, Esquire, Counsel for Debtor, has filed a Supplemental Application for Compensation on behalf of Newman Williams, P.C.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **October 29, 2026**, you or your attorney must do ALL of the following:

(a) file an answer explaining your position at

United States Bankruptcy Court
Eastern District of Pennsylvania
The Gateway Building
201 Penn Street, Suite 103
Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to attorney for movant:

Robert J. Kidwell, Esquire
NEWMAN WILLIAMS, P.C.
712 Monroe Street

Stroudsburg, PA 18360

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief in the motion.

3. If you require a copy of the application, a copy will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

DATE: October 8, 2026

Signed: /s/ Robert J. Kidwell, Esq.

ROBERT J. KIDWELL, ESQ.
Newman Williams, P.C.
712 Monroe Street
Stroudsburg, PA 18360-0511
(570) 421-9090
Fax: 570-424-9739
E-Mail: rkidwell@newmanwilliams.com